# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 6, 2022

## NO. 03-20-00128-CR

**Ruben Ortiz Haro, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction for Count One of the indictment, to wit: Promotion of Child Pornography. Therefore, the Court affirms the trial court's judgment of conviction for Count One. The Court further holds that there was reversible error in the trial court's judgment of conviction for Count Two of the indictment, to wit: Possession of Child Pornography. Therefore, the Court vacates the trial court's judgment of conviction for Count Two. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.